# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

TERRENCE FITCH,

                  Plaintiffs,

v.                                            Case No. 23-CV-82

THE STATE OF WISCONSIN,
TONYA ROSALES and
JOSEPH LACROIX,

                  Defendants.

---

## OBJECTION TO MOTION TO AMEND
---

Defendants Tonya Rosales and Joseph Lacroix reiterate by argument the State's objection to the Plaintiff's motion to amend the complaint (Dkt. 15). The Plaintiff has failed to follow local rules with regard to amending his complaint. (Civil L.R. 15). The Plaintiff has failed to file a proposed amended complaint as required by this court's local rules and failed to note specifically what changes are sought by the proposed amendments. The Seventh Circuit Court of Appeals has "emphasized the importance of local rules and [has] repeatedly upheld a district court's discretion to require strict compliance with its local rules ..." *Metro Life Ins. Co. v. Johnson*, 297 F.3d 558, 562 (7th Cir. 2002). Defendants Rosales and Lacroix request that the Court deny the Plaintiff's motion to amend.

Dated and signed at Milwaukee, Wisconsin this 15th day of March, 2023.

TEARMAN SPENCER
City Attorney

s/Anthony Jackson
ANTHONY JACKSON
Assistant City Attorney
State Bar No. 1090574
*Attorneys for Defendants*
*Tonya Rosales and Joseph Lacroix*

ADDRESS:

200 East Wells Street, Room 800
Milwaukee, WI 53202
Telephone: (414) 286-8014
Fax: (414) 286-8550
Email:  lajack@milwaukee.gov

1032-2023-133/284328

2