

| EVAN C. GOYKE<br>City Attorney | **CITY OF MILWAUKEE**<br>**Office of the City Attorney** | HEIDI WICK SPOERL<br>KATHRYN Z. BLOCK<br>THOMAS D. MILLER |
|---|---|---|

1032-2023-133 DV

EVAN C. GOYKE
City Attorney

MARY L. SCHANNING
ROBIN A. PEDERSON
NAOMI E. SANDERS
JULIE P. WILSON
Deputy City Attorneys

HEIDI WICK SPOERL
KATHRYN Z. BLOCK
THOMAS D. MILLER
PETER J. BLOCK
PATRICK J. MCCLAIN
JOANNA FRACZEK
HANNAH R. JAHN
MEIGHAN M. ANGER
ALEXANDER R. CARSON
GREGORY P. KRUSE
ALEXANDER T. MUELLER
ALEXANDER D. COSSI
LISA A. GILMORE
KATHERINE A. HEADLEY
SHEILA THOBANI
STACY J. MILLER
JORDAN M. SCHETTLE
THERESA A. MONTAG
ALEXANDER E. FOUNDOS
TRAVIS J. GRESHAM
JENNIFER L. WILLIAMS
KYLE W. BAILEY
JOSEPH M. DOBBS
WILLIAM K. HOTCHKISS
CLINT B. MUCHE
ZACHARY A. HATFIELD
MEGHAN C. MCCABE
MARIA E. MESOLORAS
CYNTHIA HARRIS ORTEGA
Assistant City Attorneys

Milwaukee City Hall Suite 800 • 200 East Wells Street • Milwaukee, Wisconsin 53202-3551
Telephone: 414.286.2601 • TDD: 414.286.2025 • Fax: 414.286.8550

September 4, 2024

*VIA CERTIFIED MAIL*

Terrence Fitch
P. O. Box 81842
Racine, WI 53408

RE: *Terrence Fitch v. City of Milwaukee; Joseph Lacroix; Tonya Rosales; The State of Wisconsin*
Case No. 23-CV-82

Dear Mr. Fitch:

Enclosed please find a copy of Defendants' First Set of Discovery Requests and a Certificate of Service in the above referenced matter. Pursuant to Local Rule, the originals shall remain in our files. **Please note that your responses are due within thirty (30) days.**

Also enclosed, please find a copy of the following discovery materials provided by Defendants:

- CD containing video file "21-054-1546 #1 ROSALES 1h12m.mp4"
- CD containing video file "21-054-1546 #2 (Extraction_1.1) ROSALES 1h12m.mp4"
- CD containing video file "21-054-1546 #3 LACROIX 11m54s.mp4"
- CD containing video file "21-054-1546 #4 (Extraction_1.1) LACROIX 11m54s.mp4"
- CD containing video file "21-054-1546 #5 LACROIX 1h59m.mp4"
- CD containing video file "21-054-1546 #6 (Extraction 2.1) LACROIX 1h59m.mp4"
- CD containing video file "21-054-1546 #7 LACROIX 19m31s.mp4"



EXHIBIT B



COPY    MILWAUKEE

- CD containing video file "21-054-1546 #8 (Extraction_1.1) LACROIX 19m32s.mp4"
- CD containing video file "21-054-1546 #9 ROSALES 4m58s.mp4"
- CD labeled "Reports" which contains the following:
  - PDF titled "Fitch Reports" containing:
    - Milwaukee County Arrest Detention Report (MPD ID # 000564898) (pgs. 1-2 of PDF)
    - Probable Cause Statement and Judicial Determination (Agency Case No 181260164) (pgs. 3-4 of PDF)
    - CAD report for Call # 210541546 (pgs. 4-6 of PDF)
    - Milwaukee Police Department document concerning Case # 181260164 (pg. 7 of PDF)
    - Document titled "Printed for: G634/[redacted]" concerning "2nd Degree Sexual Assault District 2" (pg. 8 of PDF)
    - Milwaukee Police Department Incident Report for Case Number 181260164.002. (pgs. 9-10 of PDF)
    - Milwaukee Police Department Incident Report for Case Number 181260164, 181260164.0, 181260164.001, 181260164.002, 181260164.003, 181260164.004, 181260164.005, 181260164.006, 181260164.007, 181260164.008, 181260164.009, 181260164.010, 181260164.011, and 181260164.012. (pgs. 11-30 of PDF)
    - Milwaukee Police Department Investigation Employee Case File History (Civil Investigations) regarding Officer Rosales. (pg. 31 of PDF)
    - Milwaukee Police Department Investigation Employee Case File History (Civil Investigations) regarding Officer Lacroix. (pg. 32 of PDF)

Very truly yours,

*Electronically signed by*

MARIA MESOLORAS
Assistant City Attorney

MEM/cdr

Enclosures

1032-2023-133/292949

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

TERRENCE FITCH,

    Plaintiffs,

v.                                                                                          Case No. 23-CV-82

TONYA ROSALES and
JOSEPH LACROIX,

    Defendants.

## CERTIFICATE OF SERVICE ON NON ECF PARTICIPANT

    Cynthia Reynolds herein certifies that she is employed by the City of Milwaukee as a Legal Office Assistant - Lead, assigned to duty in the office of the City Attorney, 200 East Wells Street, 800 City Hall, Milwaukee, WI 53202; that on the 4th day of September, she deposited a copy of Defendants' First Set of Discovery Requests, ten (10) CDs, and this Certificate of Service in the United States mail at City Hall in the City of Milwaukee, Wisconsin in the above-entitled case, in a securely enclosed envelope, the postage duly prepaid, addressed to:

                              TO:    Terrence Fitch
                                        P. O. Box 81842
                                        Racine, WI 53408

                                                        *Cynthia Reynolds*
                                                        CYNTHIA REYNOLDS

1032-2023-133/292948

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $
☐ Return Receipt (electronic)    $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required       $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$
Total Postage and Fees
$

Sent To  Terrence Fitch
Street and Apt. No., or PO Box No.
P.O. Box 81842
City, State, ZIP+4®
Racine, WI 53408

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

7017 2680 0000 3096 1442

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Terrence Fitch
P.O. Box 81842
Racine, WI 53408

9590 9402 6806 1074 4193 12

2. Article Number (Transfer from service label)
7017 2680 0000 3096 1442

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Terrence-Jamiel Fitch              9-11-2021

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053                Domestic Return Receipt