**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

TERRENCE FITCH,

    Plaintiffs,

v.              Case No. 23-CV-82

TONYA ROSALES and
JOSEPH LACROIX,

    Defendants.

---

### CERTIFICATE OF SERVICE ON NON ECF PARTICIPANT

---

   David Brannan herein certifies that he is employed by the City of Milwaukee as a Legal Office Assistant, assigned to duty in the office of the City Attorney, 200 East Wells Street, 800 City Hall, Milwaukee, WI 53202; that on the 21st day of October, he electronically filed Jeffrey Norman's Second Amended Motion to Quash Subpoena, and this Certificate of Service, and deposited a copy of same in the United States mail at City Hall in the City of Milwaukee, Wisconsin in the above-entitled case, in a securely enclosed envelope, the postage duly prepaid, addressed to:

        TO:  Terrence Fitch
            P. O. Box 81842
            Racine, WI 53408-1842

            s/ David Brannan
            DAVID BRANNAN

1032-2023-133:294325