

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WISCONSIN

TERRENCE FITCH,
    Plaintiff,

Case No. 23-cv-0082

THE STATE OF WISCONSIN, et al.,
    Defendant.

**JURY TRIAL DEMANDED**

## OPPOSITION TO MOTION TO QUASH SUBPOENA

Being duly sworn under penalty of perjury deposes and says:

Terrence Fitch, in *Propria Persona*, Plaintiff and I make this herein Opposition Affidavit in Opposition to that Motion to Quash Subpoena,

### FACTS

1. On October 16, 2024, Plaintiff's process server served the Tonya Rosales and Joseph Lacroix hereafter "Defendants" a Subpoena requesting essential material evidence, documents and video footage which are vital to completing discovery.

2. As of present date and time the Defendants have refused to provide the requested material evidence.

### SUPPORTING ARGUMENT

3. **Brady v Maryland 373 US 83 (1963)**

The Court in *Brady* held that a prosecutor commits a Due Process violation, requiring reversal of a conviction, when it is shown that the prosecutor withheld favorable,

*material* evidence.
A criminal defendant has a constitutional right to disclosure of exculpatory evidence that is material to guilt or punishment.'

"Suppression by the prosecution of evidence favorable to an accused upon request violates Due Process where the evidence is material either to guilt or to punishment, irrespective of the good faith or bad faith of the prosecution."

4. **Mooney V Holohan 294 US 103 (1935)**

Non-disclosure by a prosecutor violates due process

5. **United States v Blanco, 03-10390, (2004) US App Lexis 26815, 392 F 3d 382 (9th Cir 2004)**

Exculpatory evidence cannot be kept out of the hands of the defense just because the prosecutor does not have it...

The requested information is to impeach the STATES witness against the accused, to see if there is a TRUE witness against the accused.
Exculpatory evidence includes evidence reflecting on whether witnesses against the accused are credible, which might be used by the defendant's attorney at trial for purposes of impeachment.

**Giglio v United States 450 US 150 (1972)**

## CONCLUSION

I am requesting this court to NOT quash the subpoena and compel the Defendants to provide the request documents per discovery. This court should compel the defendants to submit the requested evidence and respond to Plaintiff interrogatories.

Dated: 11-16-2024

STATE OF WISCONSIN

Terrence Fitch

Plaintiff *Propria Personam*

## VERIFICATION

(STATE of Wisconsin )

(COUNTY of Racine ) ss.

I, Terrence Fitch (PRINT) being duly sworn, deposed and says that I am named as the Plaintiff in the above-entitled proceeding and that the foregoing information is true to his own knowledge, except as to matters herein stated to be alleged on information and belief and as to those matters he believes it to be true.

_____
(Signature), Plaintiff, In Propria Persona.
All Rights Reserved pursuant to
UCC-1-308.

The foregoing instrument was acknowledged before me

This 16th day of November,

By Terrence Fitch

Sworn to before me this 16th day of November 2024

_____
Notary Public

Christine Alison Worth
Notary Public, State of Wisconsin

## CERTIFICATE OF SERVICE

I hereby certify that this Reply of Plaintiff Terrence Fitch was mailed first class USPS or submitted into the court record to the following parties, to wit:

Josh Kaul
Gesina S Carson
Assistant Attorney General
State Bar # 1055162
PO BOX 7857
Madison WI 53707

Evan Goyke
Maria Mesoloras
Assistant City Attorney
200 East Wells Street Rm 800
Milwaukee, WI 53202
Email: mmesol@milwaukee.gov

William G. Davidson
William G. Davidson, WI SBN
1097538
901 N. 9th Street, Room 303
Milwaukee, WI 53233
414-278-4300
William.Davidson@milwaukeecountywi.gov

Date: November 16th, 2024

By: _____
Signature

**Return All Replies To:**
Terrence Fitch
℅ PO BOX 81842
Racine, Wisconsin

Christine Worth
4501 W Johnson Ave
Caledonia WI 53405

CERTIFIED MAIL

9589 0710 5270 2104 9362 82

NOV 19 2024
U.S. Service
Eastern District of Wisconsin

Retail  53202 RDC 99

U.S. POSTAGE
FCM LETTER
RACINE, WI 53406
NOV 16, 2024
$9.68
S2324d502363-15

Eastern District for
Wisconsin
517 E Wisconsin Ave Rm 363
Milwaukee WI 53202