EVAN C. GOYKE
City Attorney

MARY L. SCHANNING
ROBIN A. PEDERSON
NAOMI E. SANDERS
JULIE P. WILSON
Deputy City Attorneys



Milwaukee City Hall Suite 800 • 200 East Wells Street • Milwaukee, Wisconsin 53202-3551
Telephone: 414.286.2601 • TDD: 414.286.2025 • Fax: 414.286.8550

HEIDI WICK SPOERL
KATHRYN Z. BLOCK
THOMAS D. MILLER
PETER J. BLOCK
PATRICK J. MCCLAIN
ANDREA J. FOWLER
JOANNA FRACZEK
HANNAH R. JAHN
MEIGHAN M. ANGER
ALEXANDER R. CARSON
GREGORY P. KRUSE
ALEX T. MUELLER
ALEXANDER D. COSSI
LISA A. GILMORE
KATHERINE A. HEADLEY
SHEILA THOBANI
STACY J. MILLER
JORDAN M. SCHETTLE
THERESA A. MONTAG
ALEXANDER E. FOUNDOS
TRAVIS J. GRESHAM
JENNIFER L. WILLIAMS
KYLE W. BAILEY
JOSEPH M. DOBBS
WILLIAM K. HOTCHKISS
CLINT B. MUCHE
TYLER M. HELSEL
ZACHARY A. HATFIELD
MEGHAN C. MCCABE
MARIA E. MESOLORAS
CYNTHIA HARRIS ORTEGA
OLUWASEUN CHRIS IBITOYE
KEVIN P. TODT
Assistant City Attorneys

November 13, 2024

*VIA Certified Mail 9589 0710 5270 2275 3100 34*

Mr. Terrence Fitch
P. O. Box 81842
Racine, WI 53408

RE: *Terrence Fitch v. Joseph Lacroix; Tonya Rosales*
Case No. 23-CV-82

Dear Mr. Fitch:

Enclosed please find a copy of Defendants, Joseph Lacroix and Tanya Rosales' Responses to Plaintiff's Subpoena Discovery Requests, and a Certificate of Service. Pursuant to Local Rule, the originals will be retained in my file.

Very truly yours,

*Electronically signed by*

MARIA MESOLORAS
Assistant City Attorney

MEM/cdr

Enclosures

1032-2023-133/294852



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

TERRENCE FITCH,

        Plaintiffs,

v.                                                                     Case No. 23-CV-82

TONYA ROSALES and
JOSEPH LACROIX,

        Defendants.

---

### CERTIFICATE OF SERVICE ON NON ECF PARTICIPANT

---

      Cynthia Reynolds herein certifies that she is employed by the City of Milwaukee as a Legal Office Assistant - Lead, assigned to duty in the office of the City Attorney, 200 East Wells Street, 800 City Hall, Milwaukee, WI 53202; that on the 13th day of November, she deposited a copy of Defendants, Joseph Lacoix and Tanya Rosales' Responses to Plaintiff's Subpoena Discovery Requests, and this Certificate of Service, in the United States mail, *via certified mail*, at City Hall in the City of Milwaukee, Wisconsin in the above-entitled case, in a securely enclosed envelope, the postage duly prepaid, addressed to:

                              TO:    Terrence Fitch
                                         P. O. Box 81842
                                         Racine, WI 53408
                                         **9589 0710 5270 2275 3100 34**

                                           *Cynthia Reynolds*
                                           CYNTHIA REYNOLDS

1032-2023-133/294851

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

| Certified Mail Fee | |
|---|---|
| $ | |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ | |
| ☐ Return Receipt (electronic) $ | Postmark |
| ☐ Certified Mail Restricted Delivery $ | Here |
| ☐ Adult Signature Required $ | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage | |
| $ | |
| Total Postage and Fees | |
| $ | |

Sent To *Terrence Fitch*
Street and Apt. No., or PO Box No. *P.O. Box 81842*
City, State, ZIP+4® *Racine, WI 53408*

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions