# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052702275310034

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item arrived at the RACINE, WI 53406 post office at 9:28 am on November 18, 2024 and is ready for pickup. Your item may be picked up at WEST RACINE, 1300 PERRY AVE, RACINE, WI 534069998.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

Delivered

## Available for Pickup
**Available for Pickup**
WEST RACINE
1300 PERRY AVE
RACINE WI 53406-9998
November 18, 2024, 9:28 am

**Arrived at Post Office**
RACINE, WI 53406
November 18, 2024, 8:20 am

**In Transit to Next Facility**
November 17, 2024

**Departed USPS Regional Facility**
MILWAUKEE WI PROCESSING CENTER
November 14, 2024, 11:38 pm

**Arrived at USPS Regional Facility**
MILWAUKEE WI PROCESSING CENTER


EXHIBIT B

| November 14, 2024, 10:34 pm

● **Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates**                                                              ⌄

**USPS Tracking Plus®**                                                               ⌄

**Product Information**                                                               ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**