TERRENCE FITCH,

        Plaintiffs,

v.                                            Case No. 23-CV-82

TONYA ROSALES and
JOSEPH LACROIX,

        Defendants.

## CERTIFICATE OF SERVICE ON NON ECF PARTICIPANT

        Cynthia Reynolds herein certifies that she is employed by the City of Milwaukee as a Legal Office Assistant - Lead, assigned to duty in the office of the City Attorney, 200 East Wells Street, 800 City Hall, Milwaukee, WI 53202; that on the 20th day of November, she electronically filed Defendants' Reply to Plaintiff's Opposition to Motion to Quash Subpoena, and this Certificate of Service, and deposited a copy of same in the United States mail, ***via certified mail***, at City Hall in the City of Milwaukee, Wisconsin in the above-entitled case, in a securely enclosed envelope, the postage duly prepaid, addressed to:

                TO:    Terrence Fitch
                         P. O. Box 81842
                         Racine, WI 53408
                         **9589 0710 5270 2275 3100 89**

                         s/Cynthia Reynolds
                         CYNTHIA REYNOLDS

1032-2023-133/295035