# United States District Court

## EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

TERRENCE FITCH,
          Plaintiff,

      v.                                  CASE NUMBER: 23-cv-0083

JOSEPH LACROIX, et al.,
          Defendants.

☐   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that defendants' motion for summary judgment is **GRANTED**. Defendants are entitled to judgment as a matter of law on plaintiff's § 1983 claims. The court **RELINQUISHES JURISDICTION** over plaintiff's remaining state law claims.

6/18/2025
Date

Gina M. Colletti
Clerk

/s/ Alexis H.
(By) Deputy Clerk